AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

JACK VICKERY PETERSEN

| | |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   2:16-CV-0110-SMJ |
| SPOKANE COUNTY, ) | |
| WASHINGTON, RAYMOND L. ) | |
| MILLER, and TIMOTHY GROGAN ) | |
| _____ | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other: Defendants' Motion for Summary Judgment, ECF No. 10, is GRANTED; Plaintiff's false imprisonment claim and civil rights claim under 42 U.S.C. § 1983 are DISMISSED with prejudice; and the remaining claims in this matter are remanded to the Superior Court of Washington for Spokane County.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. _____ on a motion for Summary Judgment.

Date:  12/23/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen

*(By) Deputy Clerk*

Lennie Rasmussen